FILED
AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

OCT 16 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Nicholas Scott Outten
Plaintiff

V.

State of DE / H.R.Y.C.I.
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __Nicholas Scott Outten__ declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   [ ] No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration __H.R.Y.C.I.__

   Inmate Identification Number (Required): __288386__

   Are you employed at the institution? __No__ Do you receive any payment from the institution? __No__

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. August, 14TH 2006. Salary $350.00 (Reds & Sons 480 School Ln New Castle DE. 19720)

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes   [ ] No
   b. Rent payments, interest or dividends              [ ] Yes   [ ] No
   c. Pensions, annuities or life insurance payments    [ ] Yes   [ ] No
   d. Disability or workers compensation payments       [ ] Yes   [ ] No
   e. Gifts or inheritances                             [ ] Yes   [ ] No
   f. Any other sources                                 [X] Yes   [ ] No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. I recieve money from family and friends. (I recieve between $60.00 to $80.00 a month, and will continue to recieve the same amount.)

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    · · Yes    ☒ No

    If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    · · Yes    ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

    NONE.

I declare under penalty of perjury that the above information is true and correct.

10/11/2007                    *Nicholas Outten* (signature)
DATE                           SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                                          Page 1 of 1

HRYCI
09/28/07 11:51
ST 007 / OPR SJW

SBI                    :  288386
Resident Name          :  OUTTEN, NICHOLAS S.
Time Frame             :  04/01/2007 20:38 - 09/28/2007 11:51

------------------------------------------------------------------------------------------
Date          Time     Type              ST    OPR    Receipt #         Amount      Balance
------------------------------------------------------------------------------------------

04/02/2007    09:30    Add                4    gmw    D66424             60.00        60.38
04/10/2007    13:33    Order              2    AFC    B163402             2.82        57.56
04/16/2007    06:35    Order              2    AFC    B163611            49.12         8.44
04/23/2007    06:51    Order              2    WLH    B164634             3.59         4.85
04/25/2007    11:23    Add                8    bsf    H30127            100.00       104.85
04/30/2007    06:24    Order              2    DDT    B165575            29.57        75.28
05/02/2007    11:22    Rec Payment       10    bsp    J9720               2.75        72.53
05/07/2007    06:42    Order              2    DDT    B166525            23.81        48.72
05/14/2007    06:11    Order              2    DDT    B167520            21.53        27.19
05/17/2007    11:52    Rec Payment       10    bsp    J10185              1.00        26.19
05/22/2007    12:38    Order              2    DDT    B169251            20.34         5.85
05/23/2007    13:30    Credit            11    DDT    K4238               2.15         8.00
05/29/2007    10:06    Order              2    DDT    B170131             7.86         0.14
05/30/2007    12:58    Add                4    gmw    D69754            100.00       100.14
06/05/2007    10:14    Order              2    DDT    B171020            41.07        59.07
06/12/2007    07:10    Order              2    DDT    B171773            43.98        15.09
06/19/2007    06:17    Order              2    DDT    B172806            14.75         0.34
06/22/2007    11:28    Add                8    bsf    H31499             80.00        80.34
06/26/2007    13:28    Order              2    DDT    B173898            37.47        42.87
07/03/2007    08:34    Order              2    DDT    B174730            13.71        29.16
07/10/2007    06:40    Order              2    DDT    B175603            28.85         0.31
07/12/2007    12:22    Add                4    SEA    D72081             75.00        75.31
07/17/2007    08:47    Order              2    DDT    B176672            48.47        26.84
07/23/2007    10:07    Order              2    DDT    B177371            21.58         5.26
07/30/2007    08:33    Add                4    gmw    D72898             50.00        55.26
07/31/2007    09:25    Order              2    DDT    B178499             3.25        52.01
08/06/2007    08:54    Add                4    gmw    D73311             50.00       102.01
08/07/2007    08:56    Order              2    WLH    B179281            25.46        76.55
08/14/2007    11:04    Order              2    DDT    B180458            53.60        22.95
08/21/2007    11:50    Order              2    DDT    B181442            21.73         1.22
08/22/2007    11:09    Add                4    gmw    D74259             60.00        61.22
08/28/2007    10:15    Order              2    DDT    B182348            19.73        41.49
09/04/2007    12:48    Order              2    WLH    B183275            21.18        20.31
09/07/2007    11:31    Add                4    gmw    D75190             70.00        90.31
09/11/2007    09:43    Order              2    DDT    B184217            28.86        61.45
09/18/2007    10:15    Order              2    DDT    B185236            20.22        41.23
09/25/2007    12:23    Order              2    DDT    B186182            39.06         2.17
```