IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) NICHOLAS OUTTEN 288386     42 U·S·C § 1983.
   ( PLAINTIFF )
P.O. Box 9561 Wilm. DE. 19809

(1) TRAVIS SINGLETON 413524    07-635
   ( WITNESS )
P.O. Box 9561 Wilm. DE. 19809    (CASE NUMBER)

          VS.

(1) STATE OF DE./ H·R·Y·C·I     CIVIL COMPLAINT

                       "JURY TRIAL" YES

I. PREVIOUS LAWSUITS : NONE



FILED

OCT 16 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PAGE ONE

II. <u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>.

A. Is there a prisoner grievance procedure available at your present institution? <u>YES</u>

B. Have you fully exhausted your available administative remedies regarding each of your present claims? <u>YES</u>

C. If your answer to "B" is <u>YES</u>:
(1) <u>What steps did you take</u>? I submitted numerous grievance's and talked to all Officer's of high rank, day and night shift's, in regaurd's to the ventilation being turned off.
(2) <u>What was the result</u>? I received no answer to my grievance's. And the officer's claimed that the problem was a maintenance issue, not a Security issue, so there for it was out of there hand's and not a priority.

III <u>DEFENDANTS</u>.
(1) STATE OF DE. / H·R·Y·C·I

PAGE TWO

## IV  STATEMENT OF CLAIM

(1) Inhumane living conditions for 9 days. Timeline:
on 7-21-07 between 11pm - 6 am, the air/ventilation
exhaust was turned complatly off, untill 7-29-07
around 10 pm.

(2) Mildew / Unsafe Living conditions for 9 days.
The floor's and walls were dripping with dew, making
bedding, clothing and all parsonal toiletry's unusable.

(3) No water for about 24 hours. On 7-26-07 at
about 6am the water in the whole facility was
turned off. Adding to the fact that there was no
ventilation. Baing forced to use the toilet in my
call, where urine/facies sat in the toilet with 3
men in the call for the pariod of the water baing
turned off. Which caused me to nearly vomit and
gag while locked in the call, I was also exhausted,
dehydrated and fatigued

(4) During this pariod of inhumanity, I suffered
panic attack's daily due to my illness ' By-Polar Manic
Depressive.

PAGE THREE.

## V  RELIEF

(1) To grant me restitution for my pain and suffering and mental / physical anguish for being forced to live in degrading and barbaric living conditions. $ 500.000.⁰⁰

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11ᵀᴴ__ day of __Oct    2007__.

_____
" PLAINTIFF"

PAGE FOUR

Nicholas S. Outten SBI # 288386

Wilm. DE 19809

CLERK
U.S. District Court
Lock box 18
844 N. King Street
Wilmington. DE. 19801