IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICHOLAS OUTTEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-635-*** |
| STATE OF DE/H.R.Y.C.I., | ) ) ) |
| Defendant. | ) |

### AUTHORIZATION

I, Nicholas Outten, SBI #288386, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $21.50 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated November 28TH, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: November 2ND, 2007.

FILED
NOV -6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Nicholas Outten_
Signature of Plaintiff

RD scanned

I/M Nicholas S. Outten # 288386
H.R.Y.C.I
P.O. Box 9561
Wilmington DE, 19809

Office of the Clerk
United States District Court
844 N. King Street, Lock box 18
Wilmington, DELAWARE, 19801-3570